IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ERNEST GROUP, INC., )
)
)
      Plaintiff, )
vs. ) NO. CIV-05-0975-HE
)
PAYCOM.net, L.L.C., )
)
      Defendant. )

## ADMINISTRATIVE CLOSING ORDER

The Court is advised that the parties have reached a compromise and settlement. Accordingly, the Clerk of Court is directed to administratively terminate this action without prejudice to the right of a party to file a stipulation or order of dismissal or, for good cause shown upon motion, to reopen the proceeding for any other purpose necessary to obtain a final determination of the action.

If, within **thirty (30) days** from the date of this order, closing papers have not been filed or leave sought to reopen the case, this action shall be deemed dismissed with prejudice.

**IT IS SO ORDERED.**

Dated this 11 day of September, 2006.

                                            JOE HEATON
                                            UNITED STATES DISTRICT JUDGE