IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERNEST GROUP, INC., <br> d/b/a PAYCOM, <br><br> Plaintiff, <br><br> v. <br><br> PAYCOM.net, L.L.C., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. CIV-2005-975-HE <br> ) <br> ) <br> ) <br> ) |

## AGREED JUDGMENT, STIPULATION OF SETTLEMENT AND DISMISSAL

COMES NOW Plaintiff, Ernest Group, Inc., and the Defendant, Paycom.net, L.L.C., and announce to the Court that they have reached a settlement of all issues in connection with the referenced action and request that the Court enter its Order concerning the following terms and conditions, in part, of said settlement, as follows:

1. Defendant hereby agrees to cease use of the mark "Paycom.net" on or before August 1, 2007.

2. Defendant hereby consents and agrees not to use the mark Paycom or any mark substantially similar thereto so long as Plaintiff's trademark registration is not abandoned or declared invalid by a court of competent jurisdiction.

The Court shall retain jurisdiction concerning matters regarding the enforcement of this Agreed Judgment and, all other matters having been represented to the Court as resolved between the parties, this action is HEREBY DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 26 DAY OF SEPTEMBER, 2006.

_____
UNITED STATES DISTRICT JUDGE

The Court shall retain jurisdiction concerning matters regarding the enforcement of this Agreed Judgment and, all other matters having been represented to the Court as resolved between the parties, this action is HEREBY DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS ___ DAY OF SEPTEMBER, 2006.

---

UNITED STATES DISTRICT JUDGE

AGREED:

_____
Jerry J. Dunlap II, OBA# 2534
Stephen A. Sherman and Associates
117 Park Avenue, 4th Floor
Oklahoma City, OK 73102
(405) 235-0707 Telephone
(405) 235-0712 Facsimile

ATTORNEYS FOR PLAINTIFF
ERNEST GROUP, INC.

_____
David P. Enzminger
James P. Jenal
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899

ATTORNEYS FOR DEFENDANT
PAYCOM.net, L.L.C.

LA2:809182.2