# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERNEST GROUP, INC., ) <br> d/b/a Paycom ) <br> ) <br>       Plaintiff, ) <br> vs. ) <br> ) <br> PAYCOM.net, LLC, ) <br> ) <br>       Defendant. ) | NO. CIV-05-0975-HE |

## ORDER

Before the court is the plaintiff's motion to enforce agreed judgment and stipulation and settlement agreement [Doc. #46]. The Court has been advised that the parties have resolved the issues raised by the pending motion. The motion and the hearing on the motion set for **October 12, 2007** is therefore **STRICKEN**.

**IT IS SO ORDERED**.

Dated this 12th day of October, 2007.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE